IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALIF DIA, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 3:25-534 |
| v. ) | Judge Nora Barry Fischer |
| ) | Magistrate Judge Keith A. Pesto |
| IMMIGRATION CUSTOMS ) | |
| ENFORCEMENT, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER OF COURT

AND NOW, this 6th day of February, 2026, upon consideration of the Report and Recommendation of United States Magistrate Judge Keith A. Pesto dated January 7, 2026, (Docket No. 7), recommending that the § 2241 Petition filed by Salif Dia be dismissed, without prejudice, as it was prepared by a Next Friend who is not a member of the Bar or authorized to practice law in this Court and the Petition otherwise fails to state a claim that Petitioner was subject to prolonged detention sufficient to state a claim under *Zadvydas v. Davis*, 533 U.S. 678 (2001)– as the Petition states that he had been in detention for approximately one month at the time of filing and detailed upcoming immigration court hearings, and the Magistrate Judge further directed that any objections be filed within 14 days such that objections were due from non-ECF users by January 26, 2026, no objections having been filed by the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of January 7, 2026, (Docket No. 7), which is ADOPTED as the opinion of this Court, as supplemented herein,

IT IS HEREBY ORDERED that the Petition [1] is DISMISSED, without prejudice. In addition, a search of the ICE Detainee Locator Tool indicates that Petitioner is not presently in ICE custody such that the Petition is also dismissed, as moot. *See e.g.*, *Malik v. Warden Loretto FCI*, No. 23-2281, 2024 WL 3649570, at *2 (3d Cir. Aug. 5, 2024) dismissing § 2241 petition as moot as petitioner was released from BOP custody); *Constantine v. United States*, No. 1:23-CV-22, 2023 WL 6811999, at *2 (W.D. Pa. Aug. 28, 2023), *report and recommendation adopted,* No. CV 23-22, 2023 WL 6810862 (W.D. Pa. Oct. 16, 2023) ("Since the BOP released Petitioner from its custody, there is no longer any habeas relief that this Court can provide."); *Bojang v. Pamela Bondi*, et al., Civ. A. No. 3:24-152, Docket No. 38 (W.D. Pa. Sept. 26, 2025) (dismissing § 2241 petition challenging length of immigration custody, as moot, as petitioner had been deported);

IT IS FURTHER ORDERED that no certificate of appealability shall issue, *see Goodloe v. Warden Lewisburg USP*, 2025 WL 342189, *1, n.1 (3d Cir. 2025) (citing *Reese v. Warden Phila. FDC*, 904 F.3d 244, 246 (3d Cir. 2018) ("a federal prisoner challenging the denial of a § 2241 petition, he need not obtain a certificate of appealability");

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED; and,

FINALLY, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

*s/ Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: United States Magistrate Judge Keith A. Pesto

cc:    SALIF DIA
       A #245497289
       MOSHANNON VALLEY PROCESSING CENTER
       555 GEO DRIVE
       PHILLIPSBURG, PA 16866 (via first class mail)